United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                               Case No. 23-02539-MJC

Chad Richard Garrett                             Chapter 13

Melodie Jeanne Garrett

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                         Page 1 of 3
Date Rcvd: Dec 04, 2023                Form ID: ntcnfhrg                      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad Richard Garrett, Melodie Jeanne Garrett, 41 Walden Drive, Mountain Top, PA 18707-2244 |
| 5576800 | | Aidvantage, PO Box 3229, Wilmington, DE 19804-0229 |
| 5576816 | + | Wilkes Barre General Hospital, Attn: Billing Dept, 575 N. River Street, Wilkes Barre, PA 18764-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5576801 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 04 2023 18:52:06 | Aidvantage, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5576802 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2023 18:52:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5576803 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2023 18:52:07 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5580151 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 18:45:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5576804 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 18:45:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5576805 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 18:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5576806 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2023 18:52:06 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5579679 | + | Email/Text: RASEBN@raslg.com | Dec 04 2023 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5576808 | + | Email/Text: bknotification@loandepot.com | Dec 04 2023 18:45:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Ctr, Foothill Ranch, CA 92610-2808 |
| 5576807 | ^ | MEBN | Dec 04 2023 18:41:57 | LoanDepot, 6561 Irvine Center Dr, Irvine, CA 92618-2118 |
| 5576809 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 04 2023 18:45:00 | Medical Revenue Service, 645 Walnut Street, Ste 5, Gadsden, AL 35901-4173 |
| 5576812 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2023 18:45:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 5576813 | + | Email/Text: bankruptcy1@pffcu.org | Dec 04 2023 18:45:00 | Police & Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 5577447 | + | Email/Text: bankruptcy1@pffcu.org | Dec 04 2023 18:45:00 | Police & Fire Federal Credit Union, One |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 5578538 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 18:52:11 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5576814 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 18:52:02 | Wells Fargo Dealer Services, PO Box 71092, Charlotte, NC 28272-1092 |
| 5576815 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 18:52:01 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 5576818 | | Email/Text: Bankruptcy@wsfsbank.com | Dec 04 2023 18:45:00 | Wilmington Sav Fund So, 838 N Market St, Wilmington, DE 19801-3154 |
| 5577086 | + | Email/Text: Bankruptcy@wsfsbank.com | Dec 04 2023 18:45:00 | Wilmington Savings Fund Society, FSB, 500 Delaware Avenue, 10th Floor 141, Wilmington, DE 19801-1490 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5576811 | | Cleveland, OH 44101 |
| 5576810 | | Pnc Financial |
| 5576817 | *+ | Wilkes Barre General Hospital, Attn: Billing Dept, 575 N River Street, Wilkes Barre, PA 18764-0001 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Melodie Jeanne Garrett MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Chad Richard Garrett MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor LOANDEPOT.COM  LLC mfarrington@kmllawgroup.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chad Richard Garrett,
aka Chad R. Garrett, aka Chad Garrett,

**Debtor 1**

Melodie Jeanne Garrett,
aka Melodie J. Garrett, aka Melodie Garrett,

**Debtor 2**

Chapter 13

Case No. 5:23−bk−02539−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 11, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 18, 2024  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:** Terrence S. Miller  Clerk of the Bankruptcy Court:  By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2023 |

ntcnfhrg (08/21)