## United States Bankruptcy Court

### Middle District of Pennsylvania (Wilkes-Barre)

IN RE: CHAD R GARRETT
MELODIE GARRETT

CASE NO.: 23-02539
CHAPTER: 13

Debtors

### Change of address – Payment for Creditor

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/17/2025                    /s/Lisa Johnson
                              Account Resolution Associate Manager
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Middle District of Pennsylvania (Wilkes-Barre)

IN RE: CHAD R GARRETT  
       MELODIE GARRETT

CASE NO: 23-02539  
CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/17/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:  
Lisa Johnson  
Account Resolution Associate Manager

☐ By mail:  
[Name]  
[Address]

☐ By [Method of delivery]:  
[Name]  
[Address]

11/17/2025                  /s/Lisa Johnson  
                                           Account Resolution Associate Manager  
                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)  
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:23-bk-02539-MJC    Doc 30    Filed 11/17/25    Entered 11/17/25 13:02:44    Desc  
Main Document    Page 2 of 2